Submitted on petition for review October 8, petition for review allowed; decisions of Court of Appeals vacated and cases remanded to Court of Appeals for further consideration November 25, 1992

Merle D. GREENSTEIN,
*Petitioner on Review,*

*v.*

MANUFACTURING MANAGEMENT, INC.,
*Respondent on Review.*

(CC 9106-03803; CA A76509)

MANUFACTURING MANAGEMENT, INC.,
*Respondent on Review,*

*v.*

Merle E. GREENSTEIN,
*Petitioner on Review.*

(9106-03508; CA A76510)
(Consolidated Petition for Review)
(SC S39679)

840 P2d 1293

William Dickas, of Kell, Alterman & Runstein, Portland, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decisions of the Court of Appeals are vacated. The cases are remanded to the Court of Appeals for further consideration in light of the motions for reconsideration filed by petitioner on review.